UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 0581

---

SECURITIES AND EXCHANGE COMMISSION,

    *Plaintiff*,

v.

LAWRENCE E. PENN, III,
MICHAEL ST. ALTURA EWERS,
CAMELOT ACQUISITIONS SECONDARY
OPPORTUNITIES MANAGEMENT, LLC,
THE CAMELOT GROUP INTERNATIONAL,
LLC, and
SSECURION LLC,

    *Defendants*,

- AND -

A BIGHOUSE PHOTOGRAPHY AND FILM
STUDIO LLC,

    *Relief Defendant*.

14 Civ ____
ECF Case

---

### DECLARATION OF JAMES R. D'AVINO IN SUPPORT OF PLAINTIFF'S EMERGENCY APPLICATION FOR AN ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER AND OTHER RELIEF

I, James R. D'Avino, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and am employed as a staff accountant in the New York Regional Office of the applicant Securities and Exchange Commission ("Commission"). I have been employed by the SEC for over 16 years. My duties include, but are not limited to, assisting in the investigation of possible violations of the federal securities laws. In November 2013, I was assigned to assist in an investigation of Camelot Acquisitions Secondary Opportunities

Management, LLC ("CASO Management") and other related entities and persons (the "Camelot Investigation").

2. I make this Declaration in support of the Commission's Emergency Application for an Order to Show Cause, Temporary Restraining Order, Preliminary Injunction, Asset Freeze and Other Relief (the "Application").

3. I make this declaration based upon personal knowledge, information, and belief. The sources of my information and the bases of my belief are voluminous documents obtained by the SEC staff that I have reviewed extensively and information provided to me by other members of the SEC staff.

### The Camelot Entities and Affiliated Persons

4. Documents reviewed by the staff reflect that:

   a. CASO Management, directly or indirectly, is the investment adviser to Camelot Acquisitions Secondary Opportunities, LP ("Camelot LP" or the "Fund");

   b. Camelot Acquisitions Secondary Opportunities, G.P. is the Fund's general partner;

   c. The Camelot Group International, LLC ("CGI") is a Delaware limited liability.

   d. Lawrence E. Penn III ("Penn") controls CGI, CASO Management and Camelot Acquisitions Secondary Opportunities, G.P.; and

   e. Ssecurion LLC ("Ssecurion") and A Bighouse Film and Photography Studio LLC ("Big House") are both Delaware limited liability companies owned and controlled by Altura St. Michael Ewers ("Ewers").

## Round-tripping of Fund Money Paid to Ssecurion

5. As set forth in greater detail below, since March 2010, at least $9,286,916.65 has been paid by the Fund to Ssecurion. Of this amount, $9,067,004 (**97.6%**) was paid by Ssecurion, directly or indirectly, to CASO Management or related entities.

6. During the Commission staff's examination and investigation, I, along with other Commission staff, have: (i) reviewed documents the Commission staff obtained from Bank of America, N.A. ("BofA"), J.P. Morgan Chase ("JPMC", Citibank, N.A. ("Citibank") and Citigroup Private Bank ("Citi Private") (collectively, the "Bank Records").

7. Records of Fund accounts at Citi Private (ending in 3268) and JPMC (ending in 2655) reflect that from March 2010 through October 2013, the Fund paid a total of $9,286,916.65 to an account of Ssecurion at BofA.

8. Of the amount paid to Ssecurion, $9,067,004 (**97.6%**) was paid from Ssecurion, within days, to accounts of CGI maintained at Citibank or JPMC, or to an account of Big House maintained at Citibank.

9. Of the money paid by Ssecurion to Big House, $4,740,257 (**99.97%**) was paid by Big House, again within days, to one of two accounts: an account of CGI maintained at Citibank (ending in 9329) and an account of CASO Management maintained at Citi Private (ending in 6420).

10. In other words, of the $9,286,916.65 paid by the fund to Ssecurion, over 97% was round-tripped, directly or indirectly, to CGI or CASO Management.

## Defendants' and Relief Defendants' Known Assets

11. Based on our review of the Bank Records, it appears that the following accounts are owned and/or controlled by one or more of the Defendants or Relief Defendant:

3

| Financial Institution | Account Name | Account Number (Last 4 Digits) |
|---|---|---|
| JPMC | TCGI Capital LLC | 7189 |
| JPMC | TCGI Capital LLC | 4066 |
| Citibank | Big House Film And Photography Studio, LLC | 2031<br>0167<br>0159 |
| Citi Private Bank | Camelot Acquisitions Secondary Opportunities Management LLC | 6420 |
| First Republic Bank | Camelot Acquisitions Secondary Opportunities Management LLC | 1992 |
| Citi Private Bank | Camelot Acquisitions Secondary Opportunities G.P., LLC | 6412 |
| JPMC | Camelot Acquisitions Secondary Opportunities G.P., LLC | 9446 |
| First Republic Bank | Camelot Acquisitions Secondary Opportunities G.P., LLC | 1984 |
| JPMC | Camelot Acquisitions: Secondary Opportunities Offshore, L.P. | 1186 |
| First Republic Bank | Camelot Acquisitions: Secondary Opportunities Offshore, L.P. | 9380 |
| JPMC | Caso Management LLC | 1202 |
| Citibank | Camelot Group International, LLC | 9329<br>9285 |
| First Republic Bank | Camelot Group International, LLC | 3170 |
| American Express | Camelot Group International, LLC | 1001<br>1006 |
| JPMC | Camelot Group International, LLC | 4765<br>8558<br>7894<br>4766<br>0191<br>6862<br>1433 |
| First Republic Bank | Camelot Acquisitions: Secondary Opportunities, L.P. | 1976 |
| Citibank | Camelot Acquisitions: Secondary Opportunities, L.P. | 3268 |

| Financial Institution | Account Name | Account Number (Last 4 Digits) |
|---|---|---|
| JPMC | Camelot Acquisitions: Secondary Opportunities, L.P. | 2655 |
| First Republic Bank | Caso Co-Invest A LLC | 9356 |
| Citibank | Caso Co-Invest A LLC | 3800 |
| Citibank | Caso Co-Invest B LLC | 3545 |
| Bank of America | Ssecurion LLC | 2687 |
| JPMC | Excalibur Capital LLC | 3528 |
| JPMC | Excalibur Management Company LLC | 1610 |
| Barclays Bank | TCG Advisers Ltd. | Unknown |
| Citibank | VCF2 Inc. C/O Camelot Group | 3140 |
| Citibank | VCF3 Inc. C/O Camelot Group | 0546<br>6587 |
| JPMC | Ventizz II Managers LLC/Camelot Group International LLC | 4465<br>5565 |
| Citibank | Ventizz Capital Fund III GP LP | 7942 |
| JPMC | Penn | 5567<br>3423<br>8891 |
| Citibank | Penn | 9326 |
| Fort Sill National Bank | Penn | 8801 |
| Merrick | Penn | 2881 |
| UBS AG | Ewers | Unknown |
| Citibank | Ewers | 4085<br>4767<br>6094 |

12. The Commission staff has not received account statements or other information concerning the balances in most of the individual Defendants' accounts. Of the entity Defendants' and Relief Defendant's accounts, most appear to have had assets of at most $5,000 as of the end of 2013, with the following exceptions:

a. As of January 28, 2014, according to a conversation between a member of the Commission staff and a representative of JPMC, JPMC account ending 7189 in the name of TCGI Capital Group LLC had assets of approximately $2 million;

b. As of September 26, 2013, a bank statement for account ending 9329 in the name of CGI at Citibank reflected a balance of $28,931.13; and

c. As of October 31, 2013, a bank statement for the Fund account ending 2655 at JPMC reflected a balance of $788,550.96.

13. A member of the commission staff spoke with a representative of JPMC on January 28, 2014, and was advised that the current balance in the Fund account ending 2655 at JPMC was $18,924.71.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2014
New York, New York

_____
James R. D'Avino