USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/8/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                        *Plaintiff*,

      v.

LAWRENCE E. PENN, III, MICHAEL ST. ALTURA EWERS, CAMELOT ACQUISITIONS SECONDARY OPPORTUNITIES MANAGEMENT LLC, THE CAMELOT GROUP INTERNATIONAL, LLC, and SSECURION LLC,

                        *Defendants*,

    - AND -

A BIGHOUSE PHOTOGRAPHY AND FILM STUDIO LLC,

                        *Relief Defendant.*

14-CV- 581 (VEC )

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 5, 2018, the Court held a status conference in the above-referenced matter;

    WHEREAS on July 1, 2016 defendants Camelot Acquisitions Secondary Opportunities Management, LLC and The Camelot Group International, LLC (together, the "Camelot Defendants") answered the complaint and demanded a trial by jury, Dkts. 156, 157; and

    WHEREAS the SEC moved for judgment on the pleadings, or in the alternative, summary judgment against Mr. Penn, but did not move against the Camelot Defendants, *see* Dkt. 149;

IT IS HEREBY ORDERED THAT by **January 19, 2018**, the SEC must show cause why this case should not be dismissed as against the Camelot Defendants pursuant to Rule 41 for failure to prosecute;

IT IS FURTHER ORDERED THAT by **January 19, 2018**, Mr. Penn must inform the Court whether he demands a trial by jury in this action.  In the event Mr. Penn demands a jury trial, the SEC must file a letter brief by **January 26, 2018** informing the Court whether it believes Mr. Penn is entitled to a jury trial on the remedies issues remaining in this case.  Mr. Penn may file a response to the SEC's letter brief by **February 2, 2018**.

IT IS FURTHER ORDERED THAT:

- By **January 8, 2018**, Mr. Orr must either file a notice of appearance on behalf of Mr. Penn or file his response to the SEC's letter regarding whether he has acted in this matter as counsel for Mr. Penn without filing a notice of appearance;

- By **January 12, 2018**, Appraisal Economics, Inc. must provide the SEC with a certification that it has fully complied with the SEC's subpoena or a privilege log and responses and objections to the SEC's subpoena.  The SEC's motion to compel compliance with the subpoena is due by **January 19, 2018**.  If any Defendant wishes to move to quash the subpoena or if Appraisal Economics wishes to so move, any motion to quash is due by **January 19, 2018**.  The SEC is ordered to provide a copy of this Order to Appraisal Economics not later than January 9, 2018, and to note service on ECF.

- By **January 12, 2018**, the SEC must meet-and-confer with Perkins Coie LLP regarding the scope of the SEC's subpoena for documents.  The SEC's motion to compel compliance with the subpoena is due by **January 19, 2018**.  The SEC is ordered to provide a copy of this Order to Perkins Coie LLP not later than January 9, 2018, and to note service on ECF.

IT IS FURTHER ORDERED THAT the following schedule shall apply in this matter:

- The parties' motions in *limine* and *Daubert* motions are due by **March 2, 2018**.  The parties' oppositions to motions in *limine* and *Daubert* motions are due by **March 23, 2018**.  Replies are due by **March 30, 2018**.

- The parties' joint pre-trial order is due by **March 16, 2018**.  The parties are directed to consult the Undersigned's Individual Practices in Civil Cases for further information regarding the preparation and contents of the joint pre-trial

order.

- The Court will hold a final pre-hearing conference at **2:00 p.m. on April 5, 2018**.

- The Court will hold an evidentiary hearing regarding the value of Mr. Penn's forfeited interest in the Camelot fund and his ability-to-pay beginning at **10:00 a.m. on April 16, 2018**.

**SO ORDERED.**

**Date: January 8, 2018**
      **New York, NY**                                          **VALERIE CAPRONI**
                                                                **United States District Judge**