UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE E. PENN, III, ET AL.,<br><br>*Defendants*,<br><br>- AND -<br><br>A BIG HOUSE FILM AND PHOTOGRAPHY STUDIO, LLC,<br><br>*Relief Defendant*. | 14-CV-0581 (VEC)<br><br>ECF Case<br><br>MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS CAMELOT ACQUISITIONS SECONDARY OPPORTUNITIES MANAGEMENT LLC AND CAMELOT GROUP INTERNATIONAL, LLC |

PLEASE TAKE NOTICE that, pursuant to F.R.Civ.P. 56(a), Local Civil Rules 7.1 and 56.1, and Item 3 of the Individual Practices of Hon. Valerie E. Caproni ("Judge Caproni") in Civil Cases, the plaintiff, the Securities and Exchange Commission, hereby moves for summary judgment in its case against Defendants Camelot Acquisitions Secondary Opportunities Management LLC and Camelot Group International, LLC.

In support hereof, plaintiff submits a supporting memorandum of law, statement of undisputed material facts, and declaration in support attaching various exhibits.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), all papers to be submitted in opposition to this motion shall be filed with the Court and served upon the Commission at the undersigned address no later than two weeks after service of this motion, unless the Court determines otherwise.

PLEASE TAKE FURTHER NOTICE that if no papers are submitted in opposition to this application, or if the Court deems it unnecessary to hold a hearing, the Court may grant the application without any further notice or hearing.

Dated: January 19, 2018
      New York, New York

                SECURITIES AND EXCHANGE COMMISSION

By: _____
     Howard A. Fischer
     Karen E. Willenken
     Katherine A. Bromberg

ATTORNEYS FOR PLAINTIFF
Securities and Exchange Commission
New York Regional Office
Brookfield Place, 200 Vesey St., Rm. 400
New York, New York 10281-1022
(212) 336-0589 (Fischer)
E-mail: FischerH@SEC.gov