# EXHIBIT B

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____9/13/2017____

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

September 12, 2017

**BY ECF**
The Honorable Valerie E. Caproni
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **SEC v. Penn, et al., No. 14 Civ. 0581 (VEC)**

Dear Judge Caproni:

We write in connection with the Court's orders [Docket Entries 198 and 202] "to propose a schedule for an evidentiary hearing to resolve the parties' dispute over the value of Penn's forfeited property" as well as Mr. Penn's "current and expected financial circumstances." The parties met in person to for a lengthy discussion of such a schedule, and continued that discussion on the following day. While there were some disagreements (set out at the end of this letter), the parties ultimately agreed to the following:

On or before November 10, 2017, the parties shall complete fact discovery, including document requests and/or depositions.

On or before November 10, 2017, the parties shall identify any expert, and provide the disclosures relating thereto required under the Federal Rules of Civil Procedure and the Local Rules.

On or before November 22, 2017, any party that is submitting expert evidence shall provide that expert's report to the other party.

On or before December 15, 2017, the parties shall depose any expert witnesses. The parties agree that each party shall bear its own expenses and the expenses of its experts with respect to the depositions of said experts by the other party.

The parties respectfully request that the Court schedule an evidentiary hearing on January 19, 2108, or as soon thereafter as is convenient for the Court. Prior to that hearing, the parties shall endeavor to reach stipulations about the admissibility of the evidence.

The parties agree that the above dates can be extended for good cause shown.

The parties reserve their rights to object that any materials or information obtained in this discovery is not relevant or admissible for the ultimate resolution of the issues to be determined at the hearing. Of course, the parties reserve the right to negotiate a settlement in good faith throughout the duration of the evidentiary hearing schedule.

The parties apparently disagree as to the scope of discovery, and the SEC respectfully submits that it would be improper to limit, in advance, the scope of discovery to that narrower than that authorized by the Court.

Respectfully submitted,

Howard A. Fischer
Senior Trial Counsel

cc: Lawrence Penn (via ECF and email)

The parties' proposed schedule for discovery is so-ordered. The parties are directed to appear for a status conference with the Court at 10:00 a.m. on December 15, 2017. The parties are further directed to submit a joint status update to the Court by December 7, 2017. The parties' joint status letter should address: whether discovery is complete and if it is not, what discovery is outstanding; whether either party intends to make any motions, including a motion to exclude expert testimony; a statement describing the status of settlement discussions, if any; and the parties' estimate of the length of the evidentiary hearing.

The parties are further reminded that they must meet and confer and attempt to resolve discovery disputes amicably before seeking court intervention.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

9/13/2017

2

objects to this Request to the extent it calls, for the production of documents protected by the attorney-client privilege, attorney work product doctrine, or any other applicable protection. Appraisal Economics also objects to this Request, as no member of Appraisal Economics is a retained expert in this action and no member of Appraisal Economics has ever produced an expert report or opinion, in this action.

Dated: January 12, 2018
      White Plains, NY

 

Ian D. Orr, Esq. (IO-4040)
ORR & BROWN, P.C.
75 S. Broadway — 4th Floor
White Plains, New York 10601
Direct Dial:    914.428.7700
Email: iorr@orrbrownlaw.com