# EXHIBIT I



**APPRAISAL ECONOMICS**
Independent Valuation Experts

140 E. Ridgewood Ave., Ste. 380N
Paramus, New Jersey 07652-3915
Telephone   + 1 201 265 3333
Web            www.ae-us.com

December 15, 2017

Mr. Howard Fischer
U.S. Securities and Exchange Commission
Division of Enforcement
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022

Re: Securities & Exchange Commission v. Lawrence E. Penn, III, et. al.

Dear Mr. Fischer:

As directed by Mr. Ian Orr, enclosed please find the following documents related to the above-referenced matter:

1. Report to the New York County District Attorney on the Value of Camelot Acquisitions Secondary Opportunities, L.P.
2. Camelot Acquisitions Secondary Opportunities, L.P. Financial Statements for the Nine Months Ended September 30, 2013
3. CM Growth Capital Partners, L.P. Preliminary Portfolio Review September 30, 2014
4. CM Growth Capital Partners, L.P. Portfolio Company Review - Metric Stream, Inc. November 4, 2014
5. Morgan Stanley IPO Considerations November 11, 2013
6. Report to the New York County District Attorney on the Value of Camelot Acquisitions Secondary Opportunities, L.P.
7. Amended and Restated Limited Partnership Agreement of Camelot Acquisitions Secondary Opportunities, L.P. dated February 5, 2010

Sincerely,
Appraisal Economics Inc.


Paul Engel
Managing Director

jz