USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                        *Plaintiff*,

          v.

LAWRENCE E. PENN, III, MICHAEL ST. ALTURA EWERS, CAMELOT ACQUISITIONS SECONDARY OPPORTUNITIES MANAGEMENT LLC, THE CAMELOT GROUP INTERNATIONAL, LLC, and SSECURION LLC,

                        *Defendants*,

         - AND -

A BIGHOUSE PHOTOGRAPHY AND FILM STUDIO LLC,

                        *Relief Defendant*.

14-CV-581 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court is scheduled to hold an evidentiary hearing in respect of the SEC's motion for disgorgement of ill-gotten gains and monetary penalties on June 4, 2018;

    IT IS HEREBY ORDERED that the aforementioned evidentiary hearing is adjourned to **10:00 a.m. on August 1, 2018**.

    IT IS FURTHER ORDERED that the final pre-trial conference currently scheduled for May 31, 2018 is adjourned to **11:00 a.m. on July 27, 2018**.

    **SO ORDERED.**

Date:  May 21, 2018
         New York, NY

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**