UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>   -against-<br><br>LAWRENCE E. PENN, III,<br>ALTURA ST. MICHAEL EWERS,<br>CAMELOT ACQUISITIONS SECONDARY<br>OPPORTUNITIES MANAGEMENT, LLC,<br>THE CAMELOT GROUP INTERNATIONAL, LLC,<br>and<br>SSECURION LLC,<br><br>                  Defendants,<br><br>   -and-<br><br>A BIGHOUSE FILM AND PHOTOGRAPHY<br>STUDIO LLC,<br><br>                  Relief Defendant. | Case No.: 1:14-cv-0581-VEC<br><br>ECF Case |

**NOTICE OF MOTION OF CAMELOT ACQUISITIONS SECONDARY
OPPORTUNITIES MANAGEMENT, LLC AND THE CAMELOT GROUP
INTERNATIONAL, LLC TO VACATE, ALTER, OR AMEND THE JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)**

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and the declaration of John T. Dixon, and upon all prior proceedings in this action, Defendants Camelot Acquisitions Secondary Opportunities Management, LLC and The Camelot Group International, LLC hereby move this Court before the Honorable Valerie E. Caproni, United States District Judge, to vacate, alter, or amend the judgment pursuant to Federal Rule of Civil Procedure 60(b).

- 2 -

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's order of August 25, 2020, Dkt. No. 369, all papers submitted in opposition to this motion shall be filed with the Court and served on all parties on or before September 25, 2020.

Dated:  September 11, 2020
New York, New York

                Respectfully submitted,

                PERKINS COIE LLP

                */s/ Keith W. Miller*
                Keith W. Miller
                John T. Dixon
                PERKINS COIE LLP
                1155 Avenue of the Americas, 22nd Floor
                New York, NY 10036
                Tel.  212.262.6900
                Fax. 212.399.8005
                KeithMiller@perkinscoie.com
                JohnDixon@perkinscoie.com

                *Attorneys for Defendants Camelot Acquisitions Secondary Opportunities Management, LLC and The Camelot Group International, LLC*