USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

LAWRENCE E. PENN, III,
ALTURA ST. MICHAEL EWERS,
CAMELOT ACQUISITIONS SECONDARY
OPPORTUNITIES MANAGEMENT, LLC,
THE CAMELOT GROUP INTERNATIONAL, LLC,
and
SSECURION LLC,

        Defendants,

-and-

A BIGHOUSE FILM AND PHOTOGRAPHY
STUDIO LLC,

        Relief Defendant.

14 Civ. 0581 (VEC)
ECF Case

**ORDER DIRECTING CITIBANK, N.A.
TO TURN OVER FROZEN FUNDS IN PARTIAL SATISFACTION OF JUDGMENTS**

The Plaintiff Securities and Exchange Commission (the "Commission") having moved for a turnover order directed to non-party Citibank, N.A. ("Citibank") with respect to certain accounts, and for the release of certain other accounts from the asset freeze imposed and continued by Orders of this Court issued on January 30, 2014 (Docket Entry 2), July 11, 2014 (Docket Entry 56), October 1, 2018 (Docket Entry 300) and/or March 15, 2020 (Docket Entry 335) (collectively, the "Asset Freeze Orders"), and the Court having considered the papers submitted on such motion, and it appearing that such an order should be issued, it is hereby:

**I.**

**ORDERED** that the Commission shall serve a copy of this Order upon Citibank, Lawrence E. Penn III ("Penn") and Camelot Group International ("CGI"). Service may be made by electronic mail upon the consent of the receiving party, by overnight delivery service such as United Parcel Service, or by certified mail, return receipt requested.

**II.**

**FURTHER ORDERED** that the account balances turned over pursuant to Sections III and IV of this Order shall be paid to the Commission in two separate payments, each specifying the judgment to which such payment relates, by one of the following means:

    a. Electronically, wherein the Commission will provide detailed ACH transfer/Fedwire instructions upon request made to (202) 551-7940 and/or Disgorgement-Penalty@sec.gov;

    b. Direct payment from a bank account via Pay.gov through the Commission's website at http://www.sec.gov/about/offices/ofm.htm; or

    c. By certified check, bank cashier's check, or United States postal money order, made payable to the "Securities and Exchange Commission" and setting forth the title and civil action number of this action ("*SEC v. Penn, et al.*, 14-cv-0581") and the name of this Court ("United States District Court, Southern District of New York"); and specifying the judgment to which such payment relates. The funds may be hand-delivered or mailed to:

        Enterprise Services Center
        Accounts Receivable Branch
        HQ Bldg., Room 181, AMZ-341
        6500 South MacArthur Boulevard
        Oklahoma City, OK 73169

Citibank shall simultaneously transmit photocopies of evidence of payment and case identifying information to SEC attorneys Karen E. Willenken and Elizabeth R. Goody, by electronic mail to WillenkenK@sec.gov and GoodyE@sec.gov.

### III.

**FURTHER ORDERED** that within 14 days from receipt of this Order, Citibank shall turn over to the Commission all funds remaining in Penn's account with account number ending in 9326. Such payment shall specify that payment is made pursuant to this Order in satisfaction of the Judgment entered against Lawrence E. Penn III entered on October 1, 2018.

### IV.

**FURTHER ORDERED** that within 14 days from receipt of this Order, Citibank shall turn over to the Commission all funds remaining in CGI's accounts with account numbers ending in 9285 and 9329. Such payment shall specify that payment is made pursuant to this Order in satisfaction of the Judgment entered against CGI entered on April 1, 2020.

### V.

**FURTHER ORDERED**, that by making the payments required by Sections III and IV of this Order, Citibank shall be forever released and discharged from any liability with respect to such funds to Penn or CGI, or to any person or entity claiming a right in and to such funds derived from Penn or CGI, and from any liability with respect to such funds as to the Commission.

### VI.

**FURTHER ORDERED** that within 21 days from receipt of this Order, Citibank shall release any restrictions previously imposed, pursuant to the Asset Freeze Orders, on the use of any accounts in the names of, or controlled or owned by, any of the Defendants, if such accounts

are for credit cards or lines of credit, or have zero or negative balances.  Citibank may restore the account(s) to normal operation or, at its election, close the account(s).

## VII.

**FURTHER ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated:  March 31, 2021

*Valerie Caproni*
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE