USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

LAWRENCE E. PENN, III,
ALTURA ST. MICHAEL EWERS,
CAMELOT ACQUISITIONS SECONDARY
OPPORTUNITIES MANAGEMENT, LLC,
THE CAMELOT GROUP INTERNATIONAL, LLC,
and
SSECURION LLC,

        Defendants,

-and-

A BIGHOUSE FILM AND PHOTOGRAPHY
STUDIO LLC,

        Relief Defendant.

14 Civ. 0581 (VEC)
ECF Case

---

### ORDER DIRECTING NON-PARTIES
### TO RELEASE THE ASSET FREEZE ON CERTAIN ACCOUNTS
### PREVIOUSLY FROZEN BY ORDER OF THIS COURT

The Plaintiff Securities and Exchange Commission (the "Commission") having moved for a turnover order directed to certain non-parties and for an order releasing the asset freeze over certain accounts at other non-party financial institutions, and the Court having considered the papers submitted on such motion, and it appearing that such an order should be issued, it is hereby:

**I.**

**ORDERED** that the Commission shall serve a copy of this Order upon Lawrence E. Penn III ("Penn"), Camelot Group International ("CGI") and Camelot Acquisitions Secondary

Opportunities Management, LLC ("CASO Management"). Service may be made by electronic mail upon the consent of the receiving party, by overnight delivery service such as United Parcel Service, or by certified mail, return receipt requested.

## II.

**FURTHER ORDERED** that any non-party who receives notice of this Order (including but not limited to American Express, Bank of America, Merrick Bank, UBS AG, PayPal Bank and Google) who maintains accounts in the names of, or controlled or owned by, any of the Defendants shall, within three business days of receiving such notice, release any restrictions previously imposed, in accordance with the Orders of this Court issued on January 30, 2014 (Docket Entry 2), July 11, 2014 (Docket Entry 56), October 1, 2018 (Docket Entry 300) and/or March 15, 2020 (Docket Entry 335), on the use of any such accounts that are for credit cards or lines of credit, or that have zero or negative balances. The financial institution maintaining such account(s) may restore the account(s) to normal operation or, at its election, close the account(s).

## III.

**FURTHER ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated: March 31, 2021

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE