USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

-against-

LAWRENCE E. PENN, III,
ALTURA ST. MICHAEL EWERS,
CAMELOT ACQUISITIONS SECONDARY
OPPORTUNITIES MANAGEMENT, LLC,
THE CAMELOT GROUP INTERNATIONAL, LLC,
and
SSECURION LLC,

            Defendants,

-and-

A BIGHOUSE FILM AND PHOTOGRAPHY
STUDIO LLC,

            Relief Defendant.

14 Civ. 0581 (VEC)
ECF Case

### ORDER DIRECTING J.P. MORGAN CHASE BANK, N.A. TO RELEASE THE ASSET FREEZE ON CERTAIN PROPERTY PREVIOUSLY FROZEN BY ORDER OF THIS COURT

The Plaintiff Securities and Exchange Commission (the "Commission") having moved for an order directing that the previously ordered asset freeze be lifted with respect to the property ("Property") that was formerly held in safe deposit box 210-19 at a branch of non-party J.P. Morgan Chase Bank, N.A. ("Chase") at 401 Madison Ave., New York, NY 10017, with an account number ending 0191, in the name of Defendant Camelot Group International; and the Court having granted the motion by order dated March 31, 2021 (Dkt. No. 396); it is hereby:

I.

**ORDERED** that the Commission shall serve a copy of this Order upon Lawrence E. Penn III ("Penn"), Camelot Group International ("CGI") and Chase. Service may be made by electronic mail upon the consent of the receiving party, by overnight delivery service such as United Parcel Service, or by certified mail, return receipt requested.

II.

**FURTHER ORDERED** that Chase shall, within fourteen days of receiving notice of this Order, release any restrictions previously imposed, in accordance with the Orders of this Court issued on January 30, 2014 (Docket Entry 2), July 11, 2014 (Docket Entry 56), October 1, 2018 (Docket Entry 300) and/or March 15, 2020 (Docket Entry 335), on the Property.

III.

**FURTHER ORDERED** that Penn or another authorized representative of CGI shall, within 14 days of receiving notice of this Order, contact Chase to arrange to collect the Property.

IV.

**FURTHER ORDERED** that if Penn does not contact Chase within fourteen days of receiving notice of this Order, Chase shall make at least three attempts to contact Penn or another authorized representative of CGI at the phone number, electronic mail and/or mailing address most recently provided to Chase by Penn or CGI. If no authorized representative of CGI contacts Chase to collect the property within 14 days of the third such attempt, Chase may dispose of the Property.

**V.**

**FURTHER ORDERED** that upon request by Penn or another authorized representative of CGI in accordance with Section III or IV above, Chase shall make the Property available for collection at its branch at 405 Lexington Avenue, New York, New York 10174, or at such other location as Chase and the CGI representative may mutually agree, within 30 days of the request.

**VI.**

**FURTHER ORDERED** that this Court shall retain jurisdiction to enforce compliance with this Order.

Dated: April 14, 2021

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE