USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

LAWRENCE E. PENN, III, MICHAEL ST. ALTURA EWERS, CAMELOT ACQUISITIONS SECONDARY OPPORTUNITIES MANAGEMENT LLC, THE CAMELOT GROUP INTERNATIONAL, LLC, and SSECURION LLC,

*Defendants*,

- AND -

A BIGHOUSE PHOTOGRAPHY AND FILM STUDIO LLC,

*Relief Defendant.*

14-CV-581 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 27, 2022, Lawrence Penn filed a motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Dkt. 425;

IT IS HEREBY ORDERED that the Securities and Exchange Commission's response in opposition is due no later than **Friday, February 18, 2022** and Penn's reply in support of his motion is due no later than **Friday, March 4, 2022**.

**SO ORDERED.**

Date: January 28, 2022
      New York, NY

_____
VALERIE CAPRONI
United States District Judge